IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:19-cr-00188-M

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEAN SMITH,<br><br>Defendant. | ORDER |

This matter comes before the court on a letter filed by Defendant and construed as a motion requesting a lawyer for advice regarding "jail credit" [DE 66]. The motion was filed in March 2024, and Defendant asserts that he does "not [know] the proper way to take action against the government." *Id.* However, in the intervening period, the court has, at Defendant's request, appointed counsel to represent him pursuant to 19-SO-3 and 23-SO-6. DE 64, 72. Defendant cites nothing in his motion granting this court authority to appoint him counsel simply to answer questions regarding prison procedures. Accordingly, Defendant's motion is DENIED.

SO ORDERED this 28th day of August, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE